**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN BOTELLO,<br><br>        Plaintiff,<br><br>    v.<br><br>DARLING INGREDIENTS INC. and DOES 1 through 100,<br><br>        Defendants. | Case No. 2:21-cv-05187-MCS-JEM<br><br>**JUDGMENT** |

Pursuant to this Court's Order Re: Motion for Judgment on the Pleadings, it is hereby ORDERED, ADJUDGED, AND DECREED that the Complaint is dismissed without leave to amend. Judgment is entered in favor of Defendant Darling Ingredients Inc. This action is dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: October 27, 2021

*/s/ Mark C. Scarsi*
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE